**Michael T. SCOTT, Jr., Plaintiff–
Appellant,**

**v.**

**J. Phillip MORGAN, Warden; Division
of Correction, Defendants–
Appellees.**

**No. 14–6231.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2014.

Decided: May 29, 2014.

Michael T. Scott, Jr., Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Scott, Jr., appeals the district court's order granting Defendants summary judgment on his 42 U.S.C. § 1983 (2012) action against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Scott v. Morgan*, No. 1:13–cv–01098–RDB (D. Md. filed Jan. 13, 2014; entered Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*